**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| IOT INNOVATIONS LLC,<br><br>          *Plaintiff*,<br><br>v.<br><br>BH SECURITY, LLC D/B/A BRINKS<br>HOME,<br><br>          *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 2:25-CV-01135-JRG-RSP |

## <u>ORDER</u>

Before the Court are three related motions: Plaintiff's Unopposed Motion to Sever and Stay Proceedings as to Count II of its Complaint, **Dkt. No. 11**, Defendant's Motion to Dismiss on Issue Preclusion Grounds, **Dkt. No. 10**, and the parties' Joint Motion to Stay Briefing Deadlines on Motion to Dismiss on Issue Preclusion Grounds, **Dkt. No. 12**. In the Sever & Stay Motion, Plaintiff informs the Court that the Central District of California held that U.S. Patent No. 7,539,212 is directed to patent-ineligible subject matter under 35 U.S.C. § 101 (in the "*Lutron* Action"). Dkt. No. 11 at 1. Plaintiff has demonstrated that a stay of Count II, for infringement of the '212 Patent, will simplify the issues in question and trial of the case, and the motions are otherwise unopposed. The Court therefore finds, on balance, that the Sever & Stay Motion (**Dkt. No. 11**) should be and hereby is **GRANTED**.

Defendant's Motion to Dismiss focuses entirely on the '212 Patent. Dkt. No. 10 at 1. And the Motion to Stay Briefing only asks for a stay of all briefing deadlines related to the Motion to Dismiss until the Sever & Stay Motion is decided. Dkt. No. 12 at 1–2. The Court therefore finds that both motions (**Dkt. Nos. 10, 12**) should be and hereby are **DENIED AS MOOT**.

Accordingly, it is hereby **ORDERED** that Count II of the Complaint is **SEVERED** into a new action and **STAYED** pending resolution of the appeal in the *Lutron* Action. The Clerk of

Court is directed to open a new case for this severed action, with this Order as the first docketed item, with the Complaint (Dkt. No. 1) as an attachment thereto.

It is **FURTHER ORDERED** that the parties to each severed action shall jointly file a notice every six months, and within 15 days of disposition, notifying the Court of the progress of the appeal in the *Lutron* Action.

**SIGNED this 15th day of March, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

2